# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**NICHOLE PLANTS,** *et al.*                                                                   **PLAINTIFF**

**v.**                     **Case No. 4:18-cv-00432 KGB**

**U.S. PIZZA COMPANY, INC.**                                                        **DEFENDANT**

## **ORDER**

Before the Court is the parties' joint stipulation of dismissal with prejudice (Dkt. No. 46). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

For good cause shown, the Court adopts the stipulation of dismissal. The action is dismissed with prejudice, and each party will bear her or his and its own attorney's fees and costs.

It is so ordered this 26th day of June, 2020.

*[signature]*

Kristine G. Baker
United States District Judge